IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV<br><br>v.<br><br>TOLMAR, INC., et al. | )<br>)<br>)    Civil Action No.<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: November 15, 2021

Date of Expiration of Patent: January 26, 2031

Thirty Month Stay Deadline: May 15, 2024

| | |
|---|---|
| 12/21/2021<br>Date | /s/ Jack B. Blumenfeld<br>Attorney(s) for Plaintiff |