# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMCEUTICA NV, | )<br>)<br>)<br>) |
| Plaintiffs, | ) C.A. No. 21-1784-WCB-SRF<br>) |
| v. | )<br>) |
| TOLMAR, INC., | )<br>) |
| Defendant. | ) |

## JOINT MOTION AND [PROPOSED] ORDER REGARDING PERSONAL ELECTRONIC DEVICES AND TRIAL EQUIPMENT

The parties jointly move that attorneys, support staff, clients, and witnesses involved in trial be permitted to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including computer monitors, audio system, and overhead projector), during the October 6, 2023 courtroom setup and the trial set to begin October 10, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeremy A. Tigan | /s/ Adam W. Poff |
| Jack B. Blumenfeld (No. 1014) | Adam W. Poff (No. 3990) |
| Jeremy A. Tigan (No. 5239) | Pilar G. Kraman (No. 5199) |
| 1201 North Market Street | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jtigan@morrisnichols.com | (302) 571-6600 |
| | apoff@ycst.com |
| *Attorneys for Plaintiffs* | pkraman@ycst.com |
| | *Attorneys for Defendant* |
| Dated: October 3, 2023 | |

SO ORDERED, this ___ day of _____ 2023.

_____
The Honorable William C. Bryson