# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMCEUTICA NV,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOLMAR, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1784-WCB-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION AND ORDER REGARDING PERSONAL ELECTRONIC DEVICES AND TRIAL EQUIPMENT**

The parties jointly move that attorneys, support staff, clients, and witnesses involved in trial be permitted to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including computer monitors, audio system, and overhead projector), during the October 6, 2023 courtroom setup and the trial set to begin October 10, 2023.

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Jeremy A. Tigan
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

Dated: October 3, 2023

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Adam W. Poff
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendant*

</td></tr>
</table>

SO ORDERED, this 6th day of October, 2023.

_____
The Honorable William C. Bryson