IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV, <br><br> Plaintiffs, <br><br> v. <br><br> TOLMAR, INC., <br><br> Defendant. | C.A. No. 21-1784 (WCB) (SRF) |

**JOINT MOTION AND [PROPOSED] ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

The parties jointly move that attorneys, support staff, clients, and witnesses involved in Oral Arguments on post-trial briefing pursuant to the Court's January 5, 2024 Oral Order (D.I. 160), be permitted to keep in their possession in Court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices during the January 17, 2024 proceedings.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Adam W. Poff* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

January 16, 2024

SO ORDERED, this ___ day of _____ 2024.

_____
The Honorable William C. Bryson