# M<small>ORRIS</small>, N<small>ICHOLS</small>, A<small>RSHT</small> & T<small>UNNELL</small> <small>LLP</small>

1201 N<small>ORTH</small> M<small>ARKET</small> S<small>TREET</small>
P.O. B<small>OX</small> 1347
W<small>ILMINGTON</small>, D<small>ELAWARE</small>  19899-1347

302 658 9200
302 658 3989 F<small>AX</small>

J<small>EREMY</small> A. T<small>IGAN</small>
(302) 351-9106
jtigan@morrisnichols.com

February 27, 2024

The Honorable William C. Bryson                               *VIA ELECTRONIC FILING*
United States Court of Appeals
Howard T. Markey National
Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

    Re:   *Janssen Pharmaceuticals, Inc., et al. v. Tolmar, Inc.*;
           C.A. No. 21-1784 (WCB) (D. Del.)

Dear Judge Bryson:

    We write to advise the Court that the parties have conferred and agree that no portions of the February 26, 2024 Findings of Fact and Conclusions of Law (D.I. 163) need to be redacted and, therefore, the document may be unsealed at the Court's convenience.

           Respectfully,

           */s/ Jeremy A. Tigan*

           Jeremy A. Tigan (#5239)

JAT:lo
cc:   All Counsel of Record (via CM/ECF and e-mail)