# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jansssen Pharmaceuticals, Inc.

-VERSUS-

Tolmar, Inc.

) Appeal from

[X] U.S. District Court for Delaware
[ ] Court of International Trade
[ ] Court of Federal Claims

) Trial Court No. 1-21-cv-01784-WCB-SRF

) Circuit Court No. 24-1699; 24-1980

## TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

**PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.**
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the trial court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

[ ] A transcript is not needed for the appeal

[ ] A transcript is already on file

[X] Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

03/02/23 Markman Hearing Transcript, 08/07/23 Scheduling Pretrial Proceedings, 09/29/23 Pretrial Conference, 01/17/24 Closing Arg.

Note: voir dire and closing arguments are not prepared unless specifically requested.
Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

[X] Private Funds

[ ] Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED *Kevin Shortale*  DATE 06/27/24  COUNSEL FOR Tolmar, Inc.
ADDRESS 200 S. Michigan Ave, Ste 1100, Chicago, Illinois 60604
TELEPHONE 312-456-3682

**PART II - TO BE COMPLETED BY THE COURT REPORTER**
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.

Date Purchase Order received: _____

Estimated completion date: _____

Estimated number of pages: _____

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____   _____
Telephone                   Signature and Date

**PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.**
( To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to the Court of Appeals on the same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with Trial Court today.

_____
Signature and Date

Reset Fields

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2024, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT
 &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Barbara L. Mullin
Aron Fischer
Andrew D. Cohen
Meghan Larywon
Zhiqiang Liu
J. Jay Cho
Lachlan S. Campbell-Verduyn
Joyce L. Nadipuram
Anna Boltyanskiy
PATTERSON BELKNAP WEBB
 & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
bmullin@pbwt.com
afischer@pbwt.com
acohen@pbwt.com
mlarywon@pbwt.com
zliu@pbwt.com
jcho@pbwt.com
lcampbellverduyn@pbwt.com
jnadipuram@pbwt.com
aboltyanskiy@pbwt.com

Dated: June 27, 2024

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendant*